| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) LINARES., JOSE L. | 2. Court or Organization U.S. DISTRICT COURT NEW JERSEY | 3. Date of Report 06/28/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address FEDERAL COURTHOUSE 50 WALNUT ST. ROOM 5054 NEWARK, NJ 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADJUNCT PROFESSOR | SETON HALL UNIVERSITY |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/13/2000 | LAW PRACTICE OF LINARES, COVIELLO & SANTANA ESQS. AND JOSE LINARES |
| 2. | |
| 3. | |

DISCLOSURE OFFICE FINANCIAL 2007 JUL 17 A 11: 48 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2006 | PARTY CITY OF ORANGE, INC. SALARY |
| 2. 12/31/2006 | VERONA BOARD OF EDUCATION SALARY |
| 3. 12/31/2006 | PARTY CITY OF WARWICK, INC. SALARY |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES,, JOSE L | 06/28/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | US TREASURY | 2006 FEDERAL INCOME TAXES DUE 4/15/2007 | L |
| 2. | STATE OF NEW JERSEY | 2006 NJ STATE INCOME TAXES DUE 4/15/2007 | J |
| 3. | STATE OF CONNECTICUT | 2006 CT STATE INCOME TAXES DUE 4/15/2007 | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES,, JOSE L | 06/28/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  PARTY CITY OF ORANGE INC. | E | Dividend | O | W | | | | | |
| 2.  PARTY CITY OF WARWICK INC. | F | Dividend | N | W | | | | | |
| 3.  PNC BANK | A | Interest | J | T | | | | | |
| 4.  NOTE RECEIVABLE LINARES MANAGEMENT | A | Interest | J | U | | | | | |
| 5.  PNC BANK | A | Interest | J | T | | | | | |
| 6.  NJ DAILY MUNICIPAL FUND | A | Dividend | J | T | | | | | |
| 7.  LINCOLN GROWTH & INCOME | B | Dividend | K | T | | | | | |
| 8.  LINCOLN SOCIAL AWARENESS | B | Dividend | K | T | | | | | |
| 9.  LINCOLN AGRESSIVE GROWTH | B | Dividend | K | T | | | | | |
| 10.  DELAWARE VIP TREND | B | Dividend | K | T | | | | | |
| 11.  IRA SUN AMERICA | E | Dividend | O | T | | | | | |
| 12.  PARTY CITY OF LINCOLN, LLC | A | Distribution | N | W | | | | | |
| 13.  A & J EQUITIES, LLC | | None | K | U | | | | | |
| 14.  TOBY HILL CHASE, LLC | A | Distribution | | | SELL | 07/01 | N | G | ROBERT LANDINO |
| 15.  AMERICAN SAVINGS BANK | A | Interest | J | T | | | | | |
| 16.  PNC BANK | A | Interest | J | T | | | | | |
| 17.  IRA FRANKLIN ADJUSTABLE US | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES,, JOSE L | 06/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| SECURITIES | | | | | | | | | |
| 18. IRA MET LIFE | C | Dividend | L | T | | | | | |
| 19. 401 K MID CAP GROWTH FUNDS LORD ABBETT | A | Dividend | K | T | | | | | |
| 20. MET LIFE SECURITIES | E | Dividend | N | T | | | | | |
| 21. WALNUT HILL CHASE LLC | A | None | | | BUY | 05/11 | K | | |
| 22. WALNUT HILL CHASE LLC | A | None | | | SELL | 07/01 | M | F | SAL EL INVESTMENTS, LLC |
| 23. | | | | | | | | | |

| Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART II: PARTIES AND TERMS

SALE OF INTEREST IN LAW PRACTICEOF LINARES, COVIELLO AND SANTANA ESQS ARE UNLIQUIDATED AND CANNOT BE STATED WITH EXACTITUDE. MY REMAINING BENEFIT RANGES FROM 55% TO 70% OF FEES THAT WERE DUE TO LINARES, COVIELLO AND SANTANA. (MOSTLY MEDICAL MALPRACTICE CASES THAT WERE TRANSFRED TO OTHER LAW FIRMS AT THE TIME I LEFT PRIVATE PRACTICE SINCE I WAS THE ONLY ATTORNEY IN MY OLD LAW FIRM WITH NECCESSARY EXPERTISE TO HANDLE SAID CASES) I ANTICIPATE THAT MY INCOME FROM THIS SOURCEOVER THE NEXT TWO YEARS WILL BE BETWEEN $0 TO $1000

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES,, JOSE L | 06/28/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

PLEASE SIGN & DATE

Sig███████████████████████ Date _____ 7-12-07 _____

NOT███████████████████████ULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND ███████████████████████

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544